UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. DERON TURNER a/k/a Leron Turner
Crim. No. 18-651 SBI: 898115C

## PETITION FOR WRIT OF HABEAS CORPUS

1. Deron Turner, a/k/a Leron Turner, is now confined at Northern State Prison, 168 Frontage Road, Newark, New Jersey 07114.

2. Said individual will be required at NEWARK, New Jersey, before the Hon. Jose L. Linares, United States District Judge, on Tuesday, December 18, 2018, at 11:00 a.m., for a Plea Hearing.

A Writ of Habeas Corpus should be issued for that purpose.

DATED: December 12, 2018

DESIREE GRACE LATZER
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.
DATED: 12/12/18, 2018

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to Northern State Prison, Newark, NJ

WE COMMAND YOU that you have the body of

**DERON TURNER, a/k/a LERON TURNER**

now confined at Northern State Prison, Newark, NJ, be brought before the United States District Court, the Hon. Jose L. Linares, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on Tuesday, December 18, at 11:00 a.m., so that he may appear for a **PLEA HEARING** in the above-captioned matter.

WITNESS the Honorable Jose L. Linares
United States District Judge
Newark, New Jersey

DATED: 12/12/18

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk